IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES AND PATRICIA WINDLE**                                              **PLAINTIFFS**

**v.**                        **CASE NO. 4:18-CV-00023 BSM**

**MONSANTO COMPANY**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of February 2018.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE